David J.F. Gross (SB# 290951)
Lucas Tomsich (SB# 295685)
FAEGRE DRINKER BIDDLE & REATH LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone: (650) 324-6700
Fax: (650) 324-6701
david.gross@faegredrinker.com
lucas.tomsich@faegredrinker.com

Timothy E. Grimsrud (admitted *pro hac vice*)
Sami Al-Marzoog (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-8925
Fax: (612) 766-1600
tim.grimsrud@faegredrinker.com
sami.almarzoog@faegredrinker.com

Brianna Silverstein (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 230-5136
Fax: (202) 842-8465
brianna.silverstein@faegredrinker.com

*Attorneys for Plaintiff Viavi Solutions, Inc.*

Matthew H. Poppe (SB# 177854)
RIMON, PC
800 Oak Grove Ave., Suite 250
Menlo Park, CA 94025
Telephone: (650) 461-4433
Fax: (650) 461-4433
Matthew.poppe@rimonlaw.com

*Attorney for Defendant Dimension Technology Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIAVI SOLUTIONS, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>   vs.<br><br>DIMENSION TECHNOLOGY CO., LTD., a foreign Corporation<br><br>                Defendant. | Case No.: 3:20-cv-02457-WHO<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. William H. Orrick |

This case having come before this Court, it being represented to the Court that Plaintiff Viavi Solutions, Inc. ("Viavi") and Defendant Dimension Technology Co., Ltd. ("Dimension") have compromised and settled the matters in dispute, and the parties having jointly submitted a stipulation for dismissal, IT IS HEREBY ORDERED, ADJUDICATED and DECREED as follows:

1. The action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

2. Each party shall bear its own costs, expenses, and attorneys' fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 27, 2021



Hon. William H. Orrick
United States District Judge